```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                     5/25/23

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:     WH        DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGENHEIMER EXPRESS FREIGHT, INC., | CV 22-8802-PSG-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARIA RAMIREZ, | |
| Defendant. | |

**WHEREAS**, on January 20, 2023, the Court Clerk entered default against Defendant Maria Ramirez ("Defendant") [11], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS**, on May 25, 2023, this Court **GRANTED in part** and **DENIED in part** Magenheimer Express Freight's ("Plaintiff") Motion for Default Judgment [12] against Defendant,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED,** upon the findings of the Court, that Judgment is entered in

favor of Plaintiff and against Defendant, in accordance with this Court's previous Order granting Plaintiff's Motion for Default Judgment [16].  Compensatory damages are awarded to Plaintiff in the amount of $22,279.41. The Court also awards Plaintiff's reasonable costs in the amount of $862.00.

As no defendants or claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

Date: 05/25/23           /s/ Philip S. Gutierrez
                         **HONORABLE PHILIP S. GUTIERREZ**
                         Chief U.S. District Judge